The People of the State of New York v. Ascher Strauss. — Motion granted.

Thomas J. Edwards v. Flora E. Edwards.— Motion granted, without costs.

Meyer L. Sire v. Edward F. Browning.— Motion denied, with ten dollars costs. Memorandum per curiam.

Sadie Lavine v. William L. Lavine.— Motion granted, with ten dollars costs.

Mary A. Apgar v. Ellen Connell.— Motion granted unless appellant complies with terms stated in order.

Bernard Wolowitch v. National Surety Company. (2 cases.) — Application and motion for stay granted. Orders signed.

Frederick A. Richmond v. Clarence T. Birkett. Moe Frank v. The City of New York. Madeline Claussen v. S. O. Pell & Co. Philip P. Carlon v. Francis J. Ryan. (2 cases.) Penelope Kelly v. Lawrence E. Holden.— Applications denied, with ten dollars costs in each case. Orders signed.

Kate Maloney v. Lawrence Holden.— Application denied, with ten dollars costs. Order signed.

Alfred C. Fordon v. Ella Fordon.— Motion denied, without costs.

Hazlitt A. Cuppy v. Stollwerck Bros.— Motion granted on compliance by appellant with the terms stated in order.

Gertrude Skidmore v. Frederick S. Myers.— Motion denied, with ten dollars costs.

Charles F. H. Johnson v. Stanley M. Isaacs.— Motion denied, with ten dollars costs.

Michael Maloney v. Randolph Hurry. David Adler v. Samuel Mayper. John C. Calhoun v. Commonwealth Trust Company.— Motions denied, with ten dollars costs.

New York County National Bank v. James S. Herrman.— Motion for resettlement granted. Order to be settled on notice.

In the Matter of Charles H. Stoddard.— Motion denied. Order to be settled on notice.

In the Matter of Frank A. K. Boland.— Referred to official referee. Order to be settled on notice.

In the Matter of Edward A. McQuade. (2 cases.) — Reference ordered to official referee. Orders to be settled on notice.

In the Matter of Smith Lent.— Reference ordered to official referee. Order to be settled on notice.

In the Matter of Henry M. Heymann.— Reference ordered to official referee. Order to be settled on notice.

In the Matter of August P. Wagener.— Reference ordered to official referee. Order to be settled on notice.

William D. Tyndall, in His Own Behalf, and All Other Certificate Holders of the Defendant Similarly Situated, who Will Come in and Contribute to the Expenses of This Suit, Appellant, v. Pinelawn Cemetery, Respondent, and Others. James P. Haney and Others, Intervenors, Respondents. (2 cases.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. (Clarke and Scott, JJ., dissenting.)